# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: **MARC J. RANDAZZA** ) MISC. BUSINESS DOCKET
) No.: 18-mc-91490-PBS

## NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given to **MARC J. RANDAZZA**, of the filing with the United States District Court for the District of Massachusetts of a certified copy of a judgment or order demonstrating that you have been disciplined by the Supreme Judicial Court of the State of Nevada. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED: November 19, 2018        BY: *Robert M. Farrell*
                                     Robert M. Farrell
                                     Clerk of Court