# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **MARC J. RANDAZZA** | ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 18-mc-91490-PBS |

## ORDER TO SHOW CAUSE

WHEREAS, the Respondent has filed with this Court a Certified copy of the filing with the Supreme Judicial Court for the State of Nevada demonstrating that he has been disciplined by the Supreme Judicial Court of the State of Nevada

WHEREFORE, pursuant to Local Rule 83.6.9(b)(2), **MARC J. RANDAZZA**, shall, within **twenty-eight (28) days** after service of this Order, file a response to this Order setting forth any and all claims predicated upon the grounds set forth in Local Rule 83.6.9(e)(1) that the imposition of the identical discipline by this Court would be unwarranted, the reasons therefor, and whether a hearing is requested. A hearing on any and all such claims will be held if requested, otherwise the matter will be determined upon the papers without a hearing.

DATED: November 19, 2018           BY: _/s/ Robert M. Farrell_
                                   Robert M. Farrell
                                   Clerk of Court