UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: MARC J. RANDAZZA,<br><br>      Respondent. | Misc. Business Docket No.<br>18-mc-91490-FDS |

## ORDER CONCERNING RECIPROCAL DISCIPLINE

**SAYLOR, J.**

On October 29, 2018, respondent Marc J. Randazza notified the court that he had been subject to attorney discipline by the Supreme Court of Nevada. On November 19, 2018, the court issued an order to respondent pursuant to Local Rule 83.6.9(b) to show cause within 28 days why this Court should not impose the identical discipline. On December 12, 2018, respondent filed a response to the order to show cause.

It appears that the discipline imposed by the Supreme Court of Nevada was effectively a term of probation, with a suspension stayed until April 10, 2020, with the respondent subject to certain conditions, including that he "stay out of trouble" and complete additional ethics training.

Under Local Rule 83.6.9(d), "[i]n the event the [disciplinary] action imposed in the other jurisdiction has been stayed there, any reciprocal action taken by this court shall be deferred until such stay expires." Under the circumstances, this Court will not take reciprocal disciplinary action until the Nevada stay expires on April 10, 2020; provided, however, that this Court reserves the right to vacate or modify this Order pending further developments in Nevada or elsewhere. Respondent is directed to notify the Court of the status of the Nevada matter within

14 days after the stay in that proceeding expires.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor IV |
|  | F. Dennis Saylor, IV |
| Dated: December 19, 2018 | United States District Judge |