# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **MARK J. RANDAZZA** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 18-mc-91490-FDS |

## NOTICE OF FILING OF DISCIPLINARY ACTION

Notice is hereby given to **MARK J. RANDAZZA**, of the filing with the United States District Court for the District of Massachusetts a copy of a judgment or order demonstrating that you have been disciplined by the United States Patent and Trademark Office. A copy of that judgment or order is enclosed herein, along with a copy of Local Rule 83.6.9.

Also enclosed is a Order to Show Cause to which you are required to respond within **twenty-eight (28) days** after service of this Notice and the Order, pursuant to this Court's Local Rule 83.6.9(b)(2).

DATED: September 4, 2019        BY: _____
                                    Robert M. Farrell
                                    Clerk of Court