# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: **MARK J. RANDAZZA** | ) ) ) ) ) MISC. BUSINESS DOCKET ) No.: 18-mc-91490-FDS ) ) ) ) |

## ORDER TO SHOW CAUSE

WHEREAS, the United States Patent and Trademark Office before the Director of the United States Patent ad Trademark Office has cause to be filed with this Court a copy of a judgment or order demonstrating that the aforementioned attorney has been disciplined.

WHEREAS, notice of said filing has been served upon **MARK J. RANDAZZA**, along with a copy of *Local Rule 83.6.9 Reciprocal Discipline*.

WHEREFORE, pursuant to Local Rule 83.6.9(b)(2), **MARK J. RANDAZZA**, shall, within **twenty-eight (28) days** after service of this Order, file a response to this Order setting forth any and all claims predicated upon the grounds set forth in Local Rule 83.6.9(e)(1) that the imposition of the identical discipline by this Court would be unwarranted, the reasons therefor, and whether a hearing is requested. A hearing on any and all such claims will be held if requested, otherwise the matter will be determined upon the papers without a hearing.

DATED: September __4__, 2019         BY: _____
                                         Robert M. Farrell
                                         Clerk of Court