**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **IN RE: MARC J. RANDAZZA,**<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MISC. BUSINESS DOCKET NO.<br>1:18-mc-91490-FDS<br><br>**RESPONSE TO SECOND ORDER TO SHOW CAUSE** |

On September 4, 2019, this Court issued an Order that Respondent, Marc J. Randazza, file a response

> setting forth any and all claims predicated upon the grounds set forth in Local Rule 83.6.9(e)(1) that the imposition of the identical discipline by this Court would be unwarranted, the reasons therefor, and whether a hearing is requested. See Order of Nov. 19, 2018 (Dkt. No. 5).

In December 2018, this Court initially entered an Order that it "will not take reciprocal disciplinary action until the Nevada stay expires on April 10, 2020; provided, however, that this Court reserves the right to vacate or modify this Order pending further developments in Nevada or elsewhere." (Dkt. No. 10). The recent Order arises from the Court's receipt of an order of reciprocal discipline from the U.S. Patent and Trademark Office.[1]

In the interest of closure, the Respondent believes that it would be appropriate for this Honorable Court to enter an Order of reciprocal discipline identical to that entered by the State of

---

[1] In addition, there has been an order of identical reciprocal discipline imposed by the Commonwealth of Massachusetts following the entry of the Order by the State of Nevada, attached hereto as **Exhibit A**. The Massachusetts order was for identical reciprocal discipline retroactive to the date of the Nevada entry ("Marc John Randazza is hereby suspended from the practice of law in the Commonwealth of Massachusetts for a period of twelve (12) months, with the execution of the suspension stayed for a period of eighteen (18) months, retroactive to October 10, 2018, conditioned upon the lawyer's compliance with the Order entered in the Supreme Court of Nevada, attached hereto and incorporated herein.").

Nevada (as well as the Commonwealth of Massachusetts) on the terms and conditions set forth in Nevada, with the execution of the suspension stayed for a period of eighteen (18) months, retroactive to October 10, 2018, conditioned upon the lawyer's compliance with the Order entered in the Supreme Court of Nevada, a copy of which is attached hereto and incorporated herein as **Exhibit B**.

>
> Respectfully submitted,
>
> Respondent,
> Marc J. Randazza, Esq.
> By his counsel,
>
> /s/ James S. Bolan
> James S. Bolan, BBO#048340
> Sara N. Holden, BBO #658640
> Brecher, Wyner, Simons, Fox &
> Bolan, P.C.
> 189 Wells Avenue
> Newton, MA  02459
> (617) 614-1500
> jbolan@legalpro.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the Clerk of the Court via CM/ECF, the court's electronic filing system on this 18th day of September 2019.

> /s/ James S. Bolan
> James S. Bolan, BBO# 048340