# STATE BAR OF NEVADA



April 13, 2020

**Via email only to mjr@randazza.com**

Marc Randazza, Esq.
2764 Lake Sahara Dr.
Suite 109
Las Vegas, NV 89117

Re:  Compliance with Nevada Supreme Court Order filed October 10, 2018

Dear Mr. Randazza:

    Our records reflect that you have successfully completed the conditions of your stayed suspension as set forth in the Nevada Supreme Court's Order filed October 10, 2018, in Case No. 76453, and no actual suspension will be imposed.

    Congratulations on your successful completion of probation.  Our file in the matter is now closed.

    Please do not hesitate to contact our office if you have any questions.

Sincerely,

*Daniel Hooge (Apr 13, 2020)*

Daniel M. Hooge
Bar Counsel

/lw

3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.385.2878

9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522

*www.nvbar.org*

# 2020.04.13_Randazza letter

Final Audit Report                                                                                    2020-04-13

| | |
|---|---|
| Created: | 2020-04-13 |
| By: | Belinda Felix (belindaf@nvbar.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUrl0u3COu_Dl8BmR1itrFUKf5kVWRMfB |

## "2020.04.13_Randazza letter" History

- 📄 Document created by Belinda Felix (belindaf@nvbar.org)
  2020-04-13 - 5:04:06 PM GMT- IP address: 68.224.102.64

- ✉️ Document emailed to Daniel Hooge (danh@nvbar.org) for signature
  2020-04-13 - 5:04:32 PM GMT

- 📄 Email viewed by Daniel Hooge (danh@nvbar.org)
  2020-04-13 - 5:33:42 PM GMT- IP address: 98.167.70.177

- ✍️ Document e-signed by Daniel Hooge (danh@nvbar.org)
  Signature Date: 2020-04-13 - 5:33:48 PM GMT - Time Source: server- IP address: 98.167.70.177

- ✅ Signed document emailed to Daniel Hooge (danh@nvbar.org) and Belinda Felix (belindaf@nvbar.org)
  2020-04-13 - 5:33:48 PM GMT

Adobe Sign